1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ANDY CHOI SAEPHAN
6

7
                IN THE UNITED STATES DISTRICT COURT
8
             FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )  CR.S. 07-460-EJG
11                                )
                    Plaintiff,    )  STIPULATION AND ORDER
12                                )  TO EXTEND TIME FOR STATUS
        v.                        )  CONFERENCE AND EXCLUDE TIME
13                                )
   DAVID THAM, et al.,            )  DATE:  January 18, 2008
14                                )  Time:  10:00 a.m.
                    Defendant.    )  Judge: Edward J. Garcia
15  _____)

16

17       Defendant ANDY CHOI SAEPHAN, by and through his counsel,

18  DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant

19  DAVID THAM by and through his counsel DANNY BRACE, defendant

20  VINCENT DEVENECIA by and through his counsel PETER KMETO and the

21  United States Government, by and through its counsel, PHILIP

22  TALBERT, Assistant United States Attorney, hereby stipulate that

23  the status conference set for December 21, 2007 be rescheduled

24  for Friday, January 18, 2008 at 10:00 a.m.

25       This continuance is being requested because defense counsel

26  requires additional time to receive and review discovery, discuss

27  the case with the government, and pursue investigation.

28       Speedy trial time is to be excluded from the date of this

                                1

order through the date of the status conference set for January 18, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 18, 2007

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Dennis S. Waks
                                    Supervising Assist. Fed.
                                    Defender
                                    For ANDY CHOI SAEPHAN

DATED:   December 18, 2007          /s/ Peter Kmeto
                                    PETER KMETO Attorney for
                                    VINCENT DEVENECIA


DATED:   December 18, 2007          /s/ Danny Brace
                                    DANNY BRACE Attorney for
                                    DAVID THAM



DATED:   December 18, 2007          McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/  Dennis S. Waks for
                                    PHILIP TALBERT
                                    Assistant U.S. Attorney

**SO ORDERED.**


Dated: Dece. 18, 2007


                                    /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Court Judge