```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ANDY CHOI SAEPHAN
 6

 7
                 IN THE UNITED STATES DISTRICT COURT
 8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,    )   CR.S. 07-460-EJG
11                               )
                     Plaintiff,  )   STIPULATION AND ORDER
12                               )   TO EXTEND TIME FOR STATUS
         v.                      )   CONFERENCE AND EXCLUDE TIME
13                               )
    DAVID THAM, et al.,          )   DATE:  February 22, 2008
14                               )   Time:  10:00 a.m.
                     Defendant.  )   Judge: Edward J. Garcia
15  _____)

16
```

17      Defendant ANDY CHOI SAEPHAN, by and through his counsel,
18  DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant
19  DAVID THAM by and through his counsel, DANNY BRACE, defendant
20  VINCENT DEVENECIA by and through his counsel, PETER KMETO and the
21  United States Government, by and through its counsel, PHILIP
22  TALBERT, Assistant United States Attorney, hereby stipulate that
23  the status conference set for January 18, 2008 be rescheduled for
24  a status conference/change of plea on Friday, February 22, 2008
25  at 10:00 a.m.
26      This continuance is being requested because defense counsel
27  requires additional time to receive and review discovery, discuss
28  the case with the government, and pursue investigation.

1

Speedy trial time is to be excluded from the date of this order through the date of the status conference/change of plea set for February 22, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 15, 2008

                                Respectfully Submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Dennis S. Waks
                                Supervising Assist. Fed. Defender
                                For ANDY CHOI SAEPHAN

DATED:  January 15, 2008      /s/ Peter Kmeto
                                PETER KMETO Attorney for VINCENT DEVENECIA

DATED:  January 15, 2008      /s/ Danny Brace
                                DANNY BRACE Attorney for DAVID THAM

DATED:  January 15, 2008      McGREGOR W. SCOTT
                                United States Attorney

                                /s/  Dennis S. Waks for
                                PHILIP TALBERT
                                Assistant U.S. Attorney

**SO ORDERED.**

Dated: <u>January 15</u>, 2008

                                /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                United States District Court Judge