```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ANDY CHOY SAEPHAN
 6

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,    ) CR.S. 07-460-EJG
11                               )
                     Plaintiff,  ) STIPULATION AND ORDER
12                               ) TO EXTEND TIME FOR STATUS
         v.                      ) CONFERENCE AND EXCLUDE TIME
13                               )
    DAVID THAM, et al.,          ) DATE: March 14, 2008
14                               ) Time: 10:00 a.m.
                     Defendants. ) Judge: Edward J. Garcia
15  _____)

16
```

     Defendant ANDY CHOY SAEPHAN, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant DAVID THAM by and through his counsel, DANNY BRACE, defendant VINCENT DEVENECIA by and through his counsel, PETER KMETO and the United States Government, by and through its counsel, PHILLIP TALBERT, Assistant United States Attorney, hereby stipulate that the status conference set for February 22, 2008 be rescheduled for a status conference/change of plea on Friday, March 14, 2008 at 10:00 a.m.

     This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation.

Speedy trial time is to be excluded from the date of this order through the date of the status conference/change of plea set for March 14, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 21, 2008

                          Respectfully Submitted,

                          DANIEL J. BRODERICK
                          Federal Defender

                          /s/ Dennis S. Waks
                          Supervising Assistant
                          Federal Defender
                          Attorney for Defendant
                          ANDY CHOY SAEPHAN

DATED:  February 21, 2008    /s/ Peter Kmeto
                          PETER KMETO Attorney for
                          VINCENT DEVENECIA

DATED:  February 21, 2008    /s/ Danny Brace
                          DANNY BRACE Attorney for
                          DAVID THAM

DATED:  February 21, 2008    McGREGOR W. SCOTT
                          United States Attorney

                          /s/  Dennis S. Waks for
                          PHILLIP TALBERT
                          Assistant U.S. Attorney

**SO ORDERED.**

Dated: February 27, 2008

                          /s/ Edward J. Garcia
                          EDWARD J. GARCIA
                          United States District Court Judge