```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ANDY CHOY SAEPHAN
6
7
                  IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10
   UNITED STATES OF AMERICA,    ) CR.S. 07-460-EJG
11                              )
                    Plaintiff,  ) STIPULATION AND ORDER
12                              ) TO EXTEND TIME FOR STATUS
        v.                      ) CONFERENCE AND EXCLUDE TIME
13                              )
   DAVID THAM, et al.,          ) DATE: April 4, 2008
14                              ) Time: 10:00 a.m.
                    Defendants. ) Judge: Edward J. Garcia
15 _____)
```

Defendant ANDY CHOY SAEPHAN, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant DAVID THAM by and through his counsel, DANNY BRACE, defendant VINCENT DEVENECIA by and through his counsel, PETER KMETO and the United States Government, by and through its counsel, PHILLIP TALBERT, Assistant United States Attorney, hereby stipulate that the status conference set for March 14, 2008 be rescheduled for a status conference/change of plea on Friday, April 4, 2008 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation.

1

Speedy trial time is to be excluded from the date of this order through the date of the status conference/change of plea set for April 4, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 12, 2008

                                  Respectfully Submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                /s/ Dennis S. Waks
                                Supervising Assistant
                                Federal Defender
                                Attorney for Defendant
                                ANDY CHOY SAEPHAN

DATED:  March 12, 2008        /s/ Peter Kmeto
                                PETER KMETO Attorney for
                                VINCENT DEVENECIA

DATED:  March 12, 2008        /s/ Danny Brace
                                DANNY BRACE Attorney for
                                DAVID THAM

DATED:  March 12, 2008        McGREGOR W. SCOTT
                                United States Attorney

                                /s/  Dennis S. Waks for
                                PHILLIP TALBERT
                                Assistant U.S. Attorney

**SO ORDERED.**

Dated: <u>March 13</u>, 2008

                                /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                United States District Court Judge