McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
Chief of Appeals
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                ) <br>          Plaintiff,            )<br>                                )<br>     v.                         )<br>                                )<br>DAVID THAM, and                 )<br>VINCENT DEVENECIA,              )<br>                                )<br>          Defendants.           )<br>_____) | Cr. S-07-0460-EJG<br><br><u>STIPULATION AND</u><br><u>     ORDER            </u> |

It is hereby stipulated between the following parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, Defendant David Tham, through his attorney Danny Brace, and Defendant Vincent Devenecia, through his attorney Peter Kmeto, as follows:

It is agreed that the current Status Conference date of April 4, 2008, be vacated and a new Status Conference date of May 2, 2008 at 10:00 a.m. be set.  The continuance of the status conference is necessary because the defendants' attorneys need additional time to review the discovery with their clients and conduct related defense investigation and to discuss possible resolution of the case with government counsel.

1    Accordingly, the parties jointly request a new status
2 conference date of May 2, 2008, and that the time period from April
3 4, 2008, to and including May 2, 2008 be excluded under the Speedy
4 Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4
5 for defense preparation and based on a finding by the Court that the
6 ends of justice served by granting a continuance outweigh the best
7 interest of the public and defendant in a speedy trial.

                                    Respectfully submitted,

Dated: April 3, 2008                 /s/Danny Brace
                                    DANNY BRACE, ESQ.
                                    Attorney for Defendant
                                    DAVID THAM
                                    By PAT per phone authorization

Dated: April 3, 2008                 /s/Peter Kmeto
                                    PETER KMETO, ESQ.
                                    Attorney for Defendant
                                    VINCENT DEVENECIA
                                    By PAT per phone authorization

Dated: April 3, 2008                McGREGOR W. SCOTT
                                    United States Attorney

                                     /s/Phillip A. Talbert
                                    PHILLIP A. TALBERT
                                    Assistant U.S. Attorney
                                    Chief of Appeals
                                    Attorney for Plaintiff


**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the Status Conference currently scheduled for April 4, 2008 is continued to May 2, 2008, and the time under the Speedy Trial Act should be excluded from April 4, 2008 to May 2, 2008, under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), for defense preparation and based on a finding by the Court that the ends of justice served by

1 | granting a continuance outweigh the best interest of the public and
2 | each of the defendants in a speedy trial.

Dated: April 3, 2008

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
United States District Judge