PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: VINCENT DEVENECIA



FILED

JUN 2 3 2008



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) No. CR-07-0460 EJG
                          )
        Plaintiff,        )
                          ) STIPULATION AND ORDER
    vs.                   ) CONTINUING JUDGEMENT
                          ) AND SENTENCING HEARING
VINCENT DEVENECIA,        )
                          )
        Defendant.        )
_____)

Defendant, VINCENT DEVENECIA, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, PHILLIP A. TALBERT, stipulate and agree to the following with the concurrence of USPO, TOM BROWN:

1. The presently scheduled date of July 18, 2008 for Judgement and Sentencing shall be vacated and said Hearing be rescheduled for August 15, 2008 at 10:00 a.m..

2. Since Defendant wishes to negotiate a global settlement, which would include a disposition in his pending state case as well as the case at bar, allowing him to serve time concurrently in federal custody, more time is needed in order for the US Probation Officer to prepare a Pre-Sentence Report.

- 1 -

IT IS SO STIPULATED.

Dated: June 11, 2008              /s/ PHILLIP A. TALBERT
                                  Assistant U.S. Attorney
                                  for the Government


Dated: June 11, 2008              /s/ PETER KMETO
                                  Attorney for Defendant
                                  VINCENT DEVENECIA


I CONCUR.

Date: June 11, 2008               /s/ TOM BROWN
                                  US PROBATION OFFICER

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for JUDGEMENT AND SENTENCE be continued and the prior sentencing schedule is amended as set forth below.

| | |
|---|---|
| Judgement and Sentencing date: | 8/15/08 |
| Formal Objections: | 8/1/08 |
| Pre-Sentence Report filed: | 7/25/08 |
| Informal Objections: | 7/18/08 |
| Pre-Sentence Report disclosed: | 7/3/08 |

DATED: 6/17/08

EDWARD J. GARCIA
United States District Judge